Nicholas KORTHINOS, Evangelos Frangakis, Nicholas Galeos, Konstantine Manousos, et al., Appellants, v. S. S. NIARCHOS, as Owner, Michael Piliaros, his Agent, and Gerassimos Panas, as Master, all being interested in the operation of the Steamship THE PAPAZOGLOU, Appellees.

Petros MALEURIS, Christos Kakoulidis, et al., Appellants, v. Anthony G. PAPADAKIS, as Owner, Michael Piliaros, his Agent, Leonardos Capparis, as Master, all being interested in the operation of the Steamship THE VIRGINIA, Appellees.

Eleftheoris KOFOUROS, Evangelos Geralis, Efstathios Yianniotis, Gerasimos Yianniotis and Charalambros Drosis, Appellants, v. Theodor GIANNOUTSOS, as Master, and Hector Dracoulis, as Owner of the Steamship THE MENTOR, Appellees.

Nos. 5844, 5845, 5869.

United States Court of Appeals Fourth Circuit.

July 21, 1949.

█

For original opinions see 174 F.2d 477; 175 F.2d 730.

Before PARKER, SOPER and DOBIE, Circuit Judges.

PER CURIAM.

Petitions for rehearing have been filed in these cases threshing over again questions which have already been fully argued before and considered by the court and as to which the court sees no reason to change its opinion. Appellants complain because we did not in our opinions discuss each of the many questions which they discussed on appeal. We dealt in the opinion with all questions which we deemed of sufficient importance to merit discussion. The others were either sufficiently dealt with in the opinions of the judge below or else were so obviously lacking in merit as not to warrant discussion. All of the petitions for rehearing will be denied.

Rehearings Denied.